# EXHIBIT D

Ambac Assurance Corporation
One State Street Plaza
New York, NY 10004
Tel: 212.658.7470  Fax: 212.509.9190

*A member of the Ambac Financial Group, Inc.*

**Ambac**

July 14, 2017

The National Collegiate Student Loan
   Trust 2007-3 ("NCSLT 2007-3")
The National Collegiate Student Loan
   Trust 2007-4 ("NCSLT 2007-4" and together with NCSLT 2007-3, the "Trusts")
c/o Wilmington Trust Company, as Owner Trustee
Rodney Square North
1100 North Market Street
Wilmington, Delaware 19890

Re: <u>Insurance Agreement Requests for Books-And-Records and for Access to Management</u>

Ladies and Gentlemen:

Capitalized terms used but not defined herein have the meanings ascribed to them in the Trust Related Agreements for NCSLT 2007-3 and NCSLT 2007-4.

We understand that the Trusts' purported Owners have asked the Owner Trustee to execute a proposed settlement (the "Proposed Settlement") between the Consumer Financial Protection Bureau ("CFPB") on the one hand and the Trusts (and several other trusts) on the other.

The Note Insurer hereby requests pursuant to Section 2.04(e)(i) of the Insurance Agreements for NCSLT 2007-3 and NCSLT 2007-4 that the Note Insurer or its authorized agents be permitted to inspect forthwith all drafts exchanged with CFPB of documents concerning the Proposed Settlement, such as draft consent orders and draft stipulations. The Note Insurer additionally requests pursuant to § 2.04(e)(ii) of the Insurance Agreements for NCSLT 2007-3 and NCSLT 2007-4 to be permitted to discuss the Proposed Settlement with the chief operating officer and chief

The National Collegiate Student Loan
  c/o Wilmington Trust Company, as Owner Trustee
July 14, 2017
Page 2 of 2

financial officer of the Issuers at the earliest convenience of the persons performing those functions in connection with the Proposed Settlement.

Very truly yours,

AMBAC ASSURANCE
CORPORATION

By: _____
Stephen M. Ksenak
Senior Managing Director and General Counsel

**Ambac**

cc: *Administrator*
    GSS Data Services, Inc.
    401 West A Street, Suite 1300
    San Diego, California 92101

    James A. Kosch, Esq.
    (McCarter & English, LLP)

CONFIDENTIAL      ABK-CFPB_00000459